LEWIS *et al.*, Respondents, *v.* DOUGLASS, Sheriff, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Order affirmed, with $10 costs and disbursements.  See 6 N. Y. Supp. 888.

---

McGRAW, Appellant, *v.* DELAWARE, L. & W. R. Co., Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Judgment affirmed, with costs.

---

McMULLIN, Respondent, *v.* CROUSE, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Judgment affirmed, with costs.

---

MELHINCH, Respondent, *v.* ROME, W. & O. R. Co., Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Judgment affirmed, with costs.

---

MERTENS, Appellant, *v.* WRIGHT, Respondent.  CROUSE, Appellant, *v.* SAME. DUNN, Appellant, *v.* SAME.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Order reversed, with $10 costs and disbursements.  See opinion of MARTIN, J., in *McCarthey* v. *Wright, ante,* 824, (decided at this term.)

---

MINER, Appellant, *v.* STEBBINS, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Judgment affirmed, with costs.

---

O'GORMAN *et al.*, Respondents, *v.* NATIONAL FIRE INS. Co., Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Judgment and orders affirmed, with costs.

---

PALLAS, Appellant, *v.* CITY OF SYRACUSE, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Judgment affirmed, with costs.

---

PECK, Respondent, *v.* BALDWIN, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Appeal dismissed, with $10 costs and disbursements.  See *Billington* v. *Billington,* 4 N. Y. Supp. 504; *Finck* v. *Mannering,* 46 Hun, 823; Code Civil Proc. § 2433.

---

PEOPLE, Respondent, *v.* KEYSER *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* May 2, 1890.)

No opinion.  Order affirmed, with $10 costs and disbursements.